**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs. Criminal Number 1:23-mj-338

David Evan Smither
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA ☐ RETAINED ☒ FEDERAL PUBLIC DEFENDER

Nakeisha C. Jackson
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nakeisha C. Jackson, TN Bar 034290
*(Attorney & Bar ID Number)*
Federal Defender Services of Eastern Tennessee, Inc.
*(Firm Name)*
800 S. Gay Street, Suite 2400
*(Street Address)*
Knoxville, TN 37929
*(City) (State) (Zip)*
(865) 637-7979
*(Telephone Number)*